UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SHAEL CRUZ, Individually, and On Behalf of All
Others Similarly Situated,

                              Plaintiff,

                  -against-

LAMPS PLUS, INC.,

                              Defendant.
---------------------------------------------------------------X

No. 1:21-cv-10019 (LGS) (SN)

**STIPULATION AND ORDER
OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to F.R.C.P. 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, with prejudice, without costs or fees payable to either party. This stipulation may be executed in counterparts and facsimile or electronic execution hereof shall have the same effect and be treated as original. The Parties request that the Court So Order same.

Dated:      New York, New York
              March 7, 2022

| | |
|---|---|
| MIZRAHI KROUB LLP<br>Attorneys for Plaintiff<br><br>By: _____<br>   Joseph H. Mizrahi, Esq.<br>200 Vesey Street, 24th Floor<br>New York, New York 10281<br>Email: jmizrahi@mizrahikroub.com<br>Phone: 212-595-6200 | RIVKIN RADLER LLP<br>Attorneys for Defendant<br><br>By: _____<br>   Nancy A. Del Pizzo, Esq.<br>25 Main Street, Suite 501<br>Court Plaza North<br>Hackensack, New Jersey 07601<br>Email: nancy.delpizzo@rivkin.com<br>Phone: 201-287-2460 |

SO ORDERED.

Dated: March 8, 2022
      New York, New York

_____
**LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE**

                                **HON. LORNA G. SCHOFIELD, U.S.D.J.**

12